Timothy L. Davis (SBN 181532)
E-mail:  tdavis@bwslaw.com
Natalie F. Price (SBN 279798)
E-mail:  nprice@bwslaw.com
Briana D. Williams (SBN 324934)
E-mail:  bwilliams@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
18300 Von Karman Avenue, Suite 650
Irvine, California 92612-1032
Tel:  949.863.3363 Fax:  949.863.3350

Attorneys for Defendant,
CITY OF ENCINITAS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT VURBEFF, an Individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF ENCINITAS, and DOES 1 through 20,<br><br>    Defendants. | Case No. **'24CV1031 AGS DEB**<br><br>**NOTICE OF REMOVAL OF ACTION BY DEFENDANT, PURSUANT TO 28 U.S.C. § 1441(c)**<br><br>*[Concurrently filed with Declaration of Natalie F. Price with Exhibits; Civil Cover Sheet]*<br><br>(Federal Question) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant CITY OF ENCINITAS hereby removes, to this Court, the state court action described below:

1.     On October 10, 2023, an action was commenced in the Superior Court in the State of California, in and for the County of San Diego, entitled *Scott Vurbeff v. City of Encinitas*, San Diego Superior Court, Case No. 37-2023-00044030-CU-WT-NC.  A copy of the Original Summons, Civil Case Cover Sheet, and Complaint is attached to the Declaration of Natalie F. Price as Exhibit 1.

2.     On May 9, 2024, Plaintiff filed the operative First Amended Complaint.  The First Amended Complaint alleges a civil rights violation pursuant to 42 U.S.C. § 1983.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4858-0188-8710v1

1

NOTICE OF REMOVAL

3.      On May 14, 2024, Defendant City of Encinitas was served with the Summons and First Amended Complaint in this action.  Thus, Defendant City of Encinitas has removed the case within the 30 day period of time.  A copy of the First Amended Complaint and Proof of Service of Summons and Complaint is attached to the Declaration of Natalie F. Price as Exhibit 2.

4.      This action is a civil action to which this Court has original jurisdiction under 28 U.S.C. § 1331, and it is one which may be removed to this Court by Defendant, pursuant to the provisions of 28 U.S.C. § 1441(c), in that it arises under 42 U.S.C. § 1983.

5.      Defendant CITY OF ENCINITAS respectfully requests the above-entitled action, now pending in the Superior Court of the State of California, in and for the County of San Diego, be removed to this Court.

Dated:  June 13, 2024                    BURKE, WILLIAMS & SORENSEN, LLP


By:      _/s/ Natalie F. Price_
Timothy L. Davis
Natalie F. Price
Briana D. Williams
Attorneys for Defendant,
CITY OF ENCINITAS

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4858-0188-8710v1                         2                              NOTICE OF REMOVAL